

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re MORNING SONG BIRD FOOD LITIGATION ) Misc. Action No. _____
) 
) Civil Action No. 3:12-cv-01592-JAH-RBB
) (S.D. Cal.)

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL WAL-MART STORES, INC.'S COMPLIANCE WITH SUBPOENA *DUCES TECUM*

FRIEDLANDER & GORRIS, P.A.

Jenny Jones #9770

222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
jfriedlander@friedlandergorris.com
cfoulds@friedlandergorris.com

*Attorneys for Plaintiffs Laura Cyphert, Milt Cyphert,*

OF COUNSEL:

ROBBINS GELLER RUDMAN
   & DOWD LLP
Regis C. Worley, Jr.
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
(619)231-1058

Dated: March 30, 2015

{FG-W0388303.}