IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
MAY 14 2015
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re MORNING SONG BIRD FOOD LITIGATION | ) MISC Action No. _____<br>)<br>) Civil Action No. 3:12-cv-01592-JAH-RBB<br>) (S.D. Cal.) |

### DECLARATION OF REGIS C. WORLEY, JR., IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL WAL-MART STORES, INC.'S COMPLIANCE WITH SUBPOENA *DUCES TECUM*

FRIEDLANDER & GORRIS, P.A.

*Jenny Jones  9770*

222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
jfriedlander@friedlandergorris.com
cfoulds@friedlandergorris.com

OF COUNSEL:

ROBBINS GELLER RUDMAN
  & DOWD LLP
Regis C. Worley, Jr.
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
(619)231-1058

*Attorneys for Plaintiffs Laura Cyphert, Milt Cyphert, Barbara Cowin, Ellen Larson, David Kirby, and Billy Kloeppel*

Dated: March 30, 2015

1015967_1